# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| OLAJUWON FOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-018 |
| | ) | |
| MARK CROWE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 9, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Doc. 9. Plaintiff's Complaint is **DISMISSED**. Doc. 1. Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **DISMISSED AS MOOT**. Doc. 2. The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this _25_ day of March, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA